IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Juan C. Hernandez, | ) | Case No:  4:04CV3248 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| Harold Clarke, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #12, be returned to Kimberly Klein, counsel for Respondent, for appropriate disposition.  The State Court Records may be picked up in Lincoln, Nebraska.

DATED this 5th day of April, 2007.

BY THE COURT

s/ Richard G. Kopf
United States District Judge